No. 04–603. GRABLE & SONS METAL PRODUCTS, INC. *v.* DARUE ENGINEERING & MANUFACTURING. C. A. 6th Cir. [Certiorari granted, 543 U. S. 1042.] Motion of the Acting Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motion of Jerome Milulski et ux. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 04–9147. IN RE MCQUIRTER. Petition for writ of habeas corpus denied.

No. 04–1014. IN RE LEONICHEV ET AL.;
No. 04–1016. IN RE SCHLAGEL; and
No. 04–8449. IN RE CARY. Petitions for writs of mandamus denied.

No. 04–8633. IN RE NIMMONS. Petition for writ of prohibition denied.

No. 04–885. CENTRAL VIRGINIA COMMUNITY COLLEGE ET AL. *v.* KATZ, LIQUIDATING SUPERVISOR FOR WALLACE'S BOOKSTORES, INC. C. A. 6th Cir. Certiorari granted.

No. 03–1628. GEORGE MASON UNIVERSITY *v.* LITMAN. C. A. 4th Cir. Certiorari denied.

No. 04–451. DEARING ET AL. *v.* TEXAS PARKS AND WILDLIFE DEPARTMENT ET AL. Ct. App. Tex., 10th Dist. Certiorari denied.

No. 04–491. DICKERSON *v.* BATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 04–571. GORECKI *v.* CARLSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 04–723. STEVEDORING SERVICES OF AMERICA ET AL. *v.* PRICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–741. CULBERTSON *v.* BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 11th Cir. Certiorari denied.